UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
EVANSVILLE DIVISION

2015 FEB 12  PM 1: 57

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. -cr- |
| | ) | |
| ROGER UPCHURCH, | ) | 1:15-cr-30-RLY-DML |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CRIMINAL INFORMATION

### COUNT ONE

The United States Attorney charges that:

From at least on or about April 29, 2013, through on or about February 12, 2014, in the Southern District of Indiana and elsewhere, the defendant, ROGER UPCHURCH, did intentionally combine, conspire, confederate, and agree with other co-conspirators known and unknown, to commit the following offense against the United States: that is to unlawfully, intentionally, and knowingly distribute and possess with intent to distribute smokable synthetic cannabinoids ("SSC"), a controlled substance analogue, to include but not limited to a detectable amount of XLR-11, 5F-PB-22, and PB-22, a Schedule I controlled substance as defined in 21 U.S.C. § 802(32)(A), knowing that such substances were intended for human consumption as provided in Title 21, United States Code, Section 813, 841(a)(1), 841(b)(1)(C), and 846. All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

From at least on or about April 29, 2013 through on or about February 12, 2014, in the Southern District of Indiana and elsewhere, the defendant, ROGER UPCHURCH, did knowingly engage and attempt to engage in monetary transactions by, through or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000; that is, the deposit, withdrawal, transfer and exchange of United States currency, funds, and monetary instruments of property having been derived from the following specified unlawful activities, to wit: 1) the manufacture, importation, sale, or distribution of a controlled substance analogue, in violation of Title 21, United States Code, Sections 802 (32)(A), 813, and 841(a)(1); 2) mail fraud, in violation of Title 18, United States Code, Section 1341 and; 3) wire fraud, in violation of Title 18, United States Code, Section 1343.  All in violation of Title 18, United States Code, Section 1957.

## FORFEITURE

1.	Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby notifies the defendant that it will seek forfeiture of property as part of any sentence imposed herein.

2.	Pursuant to Title 21, United States Code, Sections 853 and 970, and Title 18, United States Code, Sections 982, the defendant shall forfeit to the United States:

      a.	any property, real or personal, involved in such offenses, or any property traceable to such property; or

      b.	a sum of money equal to the total amount of money involved in the offenses of which the defendant is convicted.

3.	The property subject to forfeiture includes, but is not limited to:

      a.	$5,503.68 seized from PNC Bank Account Number ending 1343, held in the name of Roger Upchurch – Daddy Real Entertainment Inc. (14-DEA-594858);

2

b.   $13,751.64 seized from PNC Bank Account Number ending 1351, held in the name of Roger Upchurch – Real Feel Products (14-DEA-594857);

c.   $198,686.94 seized from Bank of America Account Number ending 0794, held in the name of Roger Upchurch – Real Feel Products Inc. (14-DEA-594854);

d.   $319,750.92 seized from Key Bank Account Number ending 3574, held in the name of Peggy L. Upchurch DBA Upchurch Real Estate (14-DEA-594852);

e.   $21,779.63 seized from Key Bank Account Number ending 0448, held in the name of Peggie L. Upchurch – Money Market Checking (14-DEA-594851);

f.   $757,768.11 seized from Bank of America Account Number ending 3430, held in the name of Andrew Raymond (14-DEA-594853);

g.   $50,292.12 seized from Wells Fargo Advisors Financial Network, LLC, Account Number ending 6323, held in the name of Peggy Upchurch IRA FCC as custodian (14-DEA-596371);

h.   $40,545.78 seized from Wells Fargo Advisors Financial Network, LLC, Account Number ending 3312, held in the name of Roger W. Upchurch and Peggy Upchurch JT Wros. (14-DEA-596368);

i.   $20,290.54 seized from Wells Fargo Advisors Financial Network ,LLC Account Number ending 7211, held in the name of Roger W. Upchurch (IRA) FCC as custodian (14-DEA-596372);

j.   $33,200.96 seized from Scottrade Account Number ending 0080, held in the name of Roger Upchurch (14-DEA-594855);

k.   $573,390.00 in United States currency seized from the defendant's residence located at 9221 Moorings Blvd., Indianapolis, Indiana 46256 (14-DEA-594279);

l.   one, black, 2013 Chrysler 300, Vehicle Identification Number 2C3CCAAGXDH534019, registered to Roger W. Upchurch (14-DEA-594850);

m.   one, 1966 Chevrolet Nova, Vehicle Identification Number 115376N157074, registered to Roger Upchurch;

n.   real property, located at 12115 Edgefield Dr., Fishers, Hamilton County, Indiana 46037, and any appurtenances and improvements thereto, State Parcel Identification Number 29-15-03-027-030.000-020;

o.    one, 2013, Sweetwater pontoon boat, with a 2013 Yahmaha 90 H.P. engine, Vehicle Identification Number GDY13202A313; and

4.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 21, United States Code, Sections 853 and 970 and Title 18, United States Code, Section 982(b), and Title 28, United States Code, Section 2461(c), the court shall order the forfeiture of any other property of the defendant, up to the value of any property described in paragraphs 2 and 3 above, if by any act or omission of the defendant the property described in paragraphs 2 and 3, or any portion thereof:

a.    cannot be located upon the exercise of due diligence;
b.    has been transferred or sold to, or deposited with, a third party;
c.    has been placed beyond the jurisdiction of the court;
d.    has been substantially diminished in value; or
e.    has been commingled with other property which cannot be divided without difficulty.

In keeping with the foregoing, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of all forfeitable property as described above in paragraphs 2 and 3.

4

JOSH J. MINKLER
ACTING UNITED STATES ATTORNEY

and

ARTHUR G. WYATT
CHIEF, NARCOTIC & DANGEROUS DRUG SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

By: _____

Brian Sardelli
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By: _____

Matthew P. Brookman
Assistant United States Attorney

5