UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:15-CR-030-RLY-DML |
| | ) | |
| ROGER UPCHURCH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TO UNSEAL THIS CAUSE OF ACTION

Upon motion of the United States of America, and for good cause shown, it is hereby

ORDERED that this cause of action is unsealed until further order of the Court.

SO ORDERED THIS DATE:  4/16/2015

_____

RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel of record via electronic notification.