UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:15-cr-00030-RLY-DML |
| | ) |
| ROGER UPCHURCH, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO SEAL DKT. 116**

IT IS HEREBY ORDERED AND ADJUSTED that the motion is GRANTED to seal the Motion to maintain the seal on Defendant's Sentencing Memorandum (Dkt. 116) because the motion contains information that should not be made available to the public.

SO ORDERED this 12th day of September, 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

K. Michael Gaerte
BINGHAM GREENEBAUM DOLL LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204-4900
mgaerte@bgdlegal.com

Mr. Cole Radovich
U.S. DEPARTMENT OF JUSTICE
Narcotic & Dangerous Drug Section
145 N Street, Northeast
East Wing, Second Floor
Washington, D.C. 20530
Cole.Radovich@usdoj.gov